TURBERVILLE (WILSON v.). See Cases Nos. 17,842–17,844.

## Case No. 14,241.

### TURBETT v. DUNLEVY.

District Court. E. D. Pennsylvania. 1848.

CARRIERS — PASSENGERS — AUTHORITY OF MASTER OF VESSEL—PERSONAL INDIGNITIES.

The master of a vessel has a general authority over the passengers, as well as the crew; and if a passenger so demean himself as to endanger the safety or convenience of others on board, the master may control him; but it is a marine trespass for the master to shave the head of a stowaway on board his vessel, for the mere purpose of putting a mark upon him.

[See Krauskopp v. Ames, Case No. 7,931.]

[Decided by KANE, District Judge. Nowhere reported: opinion not now accessible. The above statement was taken from 1 Brightly, Dig. 802.]

TURLEY (UNITED STATES v.). See Case No. 16,546